THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROXY THEATRE, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued March 5, 1952; decided April 17, 1952.

*William W. Owens* and *Robert E. Frisch* for appellant.

*Denis M. Hurley, Corporation Counsel (Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.